# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RICHARD EDWARD WEBER,      :    No. 29 WM 2019

           Petitioner      :

           v.      :

COMMONWEALTH OF PENNSYLVANIA,      :

           Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of August, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.